UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| CAROLE RUIKKA,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>        Defendant. | No. 2:12-cv-3112-JTR<br><br>JUDGMENT IN A CIVIL CASE |

**DECISION BY THE COURT**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that**:**

Plaintiff's Motion for Summary Judgment is **GRANTED**.  This matter is remanded to the Commissioner for additional proceedings pursuant to 42 U.S.C. § 405(g).  Defendant's Motion for Summary Judgment is DENIED and Judgment is entered for Plaintiff.

DATED:  February 20, 2014

                    SEAN McAVOY
                    District Court Executive/Clerk

                    s/ L. Stejskal
                    Deputy Clerk